**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NICHOLAS C.,

                                                    Case No. 25-cv-2287 (LMP/DTS)

                    Plaintiff,

v.                                                  **ORDER ADOPTING**
                                                    **REPORT AND RECOMMENDATION**

FRANK BISIGNANO, *Commissioner*
*of Social Security*,

                    Defendant.

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 23, of United States Magistrate Judge David T. Schultz, which recommends dismissing Plaintiff Nicholas C.'s Complaint, ECF No. 1.  No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon the files, records, and proceedings in the matter, **IT IS ORDERED THAT**:

1.    The R&R (ECF No. 23) is **ADOPTED**;

2.    Nicholas C.'s Request for Relief (ECF No. 9) is **DENIED**;

3.    Commissioner Bisignano's Request for Relief (ECF No. 21) is **GRANTED**;

4.    The Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 2, 2026                 *s/Laura M. Provinzino*
                                    Laura M. Provinzino
                                    United States District Judge